PROB 12C
(6/16)

Report Date: May 19, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Donavan James Stark | Case Number: 0980 2:08CR00137-WFN-40 |
| Address of Offender: | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 9, 2010

Original Offense: Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841 (a)(1), 846, and 851

| | | |
|---|---|---|
| Original Sentence: | Prison - 168 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Sentence Reduction:<br>(February 7, 2017) | Prison - 135 months<br>TSR - 120 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: December 7, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 6, 2028 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from the unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least 2 periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged that Donavan Stark is in violation of his conditions of supervised release by being in possession of heroin, cocaine, methamphetamine, and fentanyl pills<br><br>On May 19, 2021, the undersigned officer received a telephone call from a detective with the Spokane Police Department. The detective informed the undersigned officer that a search warrant was executed at Donavan Stark's residence. During the execution of said search warrant, the detective advised the undersigned officer that approximately 2 pounds of heroin, 1 ½ pounds of methamphetamine, 1/2 pound of cocaine, and 1,000 suspected fentanyl pills were seized from his residence. It is anticipated charges are forthcoming. |

Prob12C
**Re: Stark, Donavan James**
May 19, 2021
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/19/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

5/19/2021
Date