PROB 12C
(6/16)

Report Date: May 26, 2021

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Donavan James Stark | Case Number: 0980 2:08CR00137-WFN-40 |
| Address of Offender: | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 9, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841 (a)(1), 846, and 851 | |
| Original Sentence: | Prison - 168 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Sentence Reduction:<br>(February 7, 2017) | Prison - 135 months<br>TSR - 120 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced:  December 7, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: December 6, 2028 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/19/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: It is alleged that Mr. Stark violated the conditions of his supervised release by failing to notify the supervising probation officer of a change in residency on or before May 20, 2021.<br><br>On December 10, 2018, Mr. Stark signed his judgment relative to case number 2:08CR00137-WFN-40, acknowledging an understanding of his conditions of supervision.<br><br>On May 20, 2021, Mr. Stark called the undersigned officer to report contact with law enforcement.  He reported law enforcement executed a search warrant at an address he shared with his girlfriend, however, he reported he had moved from that residence approximately 6 months prior.  He acknowledged he was aware he needed to report this information to the undersigned officer, but acknowledged he did not. |

Prob12C
Re: Stark, Donavan James
May 26, 2021
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/26/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

5/27/2021
Date